In the Matter of the Dissolution of the Marriage of
WHORLEY, *Appellant,*
*and*
WHORLEY, *Respondent.*
(No. 73-780-E, CA 5097)
546 P2d 477

*Richard V. Kengla,* Grants Pass, argued the cause for appellant. With him on the brief were Kengla & Cromwell, Grants Pass.

*William H. Ferguson,* Medford, argued the cause for respondent. With him on the brief were Grant, Ferguson & Carter, Medford.

Before Schwab, Chief Judge, and Foley and Lee, Judges.

PER CURIAM.

The father of a two-year-old child appeals an order modifying a decree of dissolution of marriage by transferring custody of the child from him to his former wife, the mother of the child. He argues that there was no change of circumstances sufficient to warrant the change of custody.

Suffice it to say that we agree with the trial judge that developments subsequent to the entry of the original decree fully warranted the change of custody.

Affirmed.